# United States District Court
# For The Western District of North Carolina
# Asheville Division

Pauline Carpenter ,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

1:10-cv-00265

Eblen Charities ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/16/2010 Order.

Signed: December 16, 2010

Frank G. Johns, Clerk
United States District Court